UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN MANNO, individually and d/b/a "Lucky Girl Music,"     Plaintiff, <br><br> -v- <br><br> TENNESSEE PRODUCTION CENTER, INC., d/b/a "Chartbuster Karaoke," <br><br>                              Defendant. | Case No. 07 CV 10360 <br> HON. BARBARA S. JONES <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Plaintiff Karen Manno__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                             None

**Date:** November 14, 2007

**Signature of Attorney**
Stuart E. Abrams (SA-6957)
Frankel & Abrams

**Attorney Bar Code:** SA-6957