**07 CV 10360** ECF

Manno v. TN Production Cnr.

-------------------------------------------X

-------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 0360 (BSJ)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X **General Pretrial** (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ **Specific Non-Dispositive Motion/Dispute:*** 

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ **Consent under 28 U.S.C. §636(c)** for all purposes (including trial)

___ **Consent under 28 U.S.C.§636(c)** for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
12/8/07

United States District Judge