**DLS — Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
KAREN MANNO, individually and
d/b/a "Lucky Girl Music,"

        Plaintiff,

-against-

TENNESSEE PRODUCTION CENTER, INC.,
d/b/a "Chartbuster Karaoke,

        Defendant.
-------------------------------------------------X
STATE OF TENNESSEE  )
    S.S.:
COUNTY OF KNOX      )

Case No. 07 CV 10360
(Judge Jones)

AFFIDAVIT OF SERVICE

Robert Gooden, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 18th day of January, 2008, at approximately the time of 2:10 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon TENNESSEE PRODUCTION CENTER, INC. at 10840 Chapman Highway, Seymour, TN, by personally delivering and leaving the same with Dana King who informed deponent that she holds the position of Office Mgr with that company and is authorized by appointment to receive service at that address.

DANA KING is a W/M, approximately 30 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 140 pounds with BRO hair.

_Robert Gooden_
PROCESS SERVER

Sworn to before me this
4 day of February, 2008

_Jennifer Scott_
NOTARY PUBLIC



D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

Received Time Feb. 1. 2:34PM

MY COMMISSION EXPIRES:
March 9, 2011

SUPREME COURT STATE OF NEW YORK, COUNTY OF NEW YORK       Index No. 10360  Year 2007

---

KAREN MANNO, individually and
d/b/a "Lucky Girl Music,"

                       Plaintiff,

- against -

TENNESSEE PRODUCTION CENTER, INC.
d/b/a "Chartbuster Karaoke,"

                       Defendant.

---

**AFFIDAVIT OF SERVICE**

---

**FRANKEL & ABRAMS**

*Attorney(s) for* Plaintiff

*Office and Post Office Address, Telephone*

230 Park Avenue
NEW YORK, NEW YORK 10169
(212) 661-5000

---

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Attorney(s) for

Dated: _____

---

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                                                 of which the within is a true copy
will be presented for settlement to the HON.                                  one of the judges of the
within named Court, at
on                              at                  M.
Dated,

                                        Yours, etc.

                                **FRANKEL & ABRAMS**
                                Attorneys for_____