UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KAREN MANNO,                                    :

                                               :

                  Plaintiffs,               :                07 Civ. 10360 (BSJ) (GWG)

                                               :

   -v.-

TENNESSEE PROD. CTR. INC.,                      :

                                               :

                  Defendant.                :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     The Clerk having issued a certificate of default, the motion for entry of default (Docket #5) is granted.

     Any motion for a default judgment shall be filed within 60 days and shall be made returnable before Judge Jones.

     SO ORDERED.

Dated: March 31, 2008
       New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge