```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KAREN MANNO,                         :
                                     :
                    Plaintiff,       :
                                     :      07 Cv. 10360 (BSJ)
          v.                         :      **Order**
TENNESSEE PRODUCTION CENTER, INC.,   :
                                     :
                    Defendant.       :
------------------------------------x
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #. ___ DATE FILED: 9/11/09**

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On July 16, 2009, Magistrate Judge Gabriel W. Gorenstein issued a Report and Recommendation recommending that Plaintiff Karen Manno ("Plaintiff" or "Manno") be awarded judgment against the Defendant in the amount of $52,273.94. On July 29, 2009, this Court received a letter-request from counsel for Plaintiff asking that the time to file objections to the Report and Recommendation be extended from July 30, 2009 to August 28, 2009. The Court granted Plaintiff's request. To date, however, the Court has received no objections to the Report and Recommendation from either Plaintiff or Defendant. Accordingly, finding no clear error on the face of the record, the Court adopts Magistrate Judge Gorenstein's Report and Recommendation in its entirety. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). The Clerk of the Court is directed to enter judgment against Defendant in the amount of $52,273.94 and to close this case.

1

SO ORDERED:

*Barbara S. Jones*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
September 11, 2009